1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERIC FREEMAN,                     ) | Case No. CV 08-3026-AHS (JWJ) |
|        Plaintiff,    ) | |
| vs.                                            ) | **ORDER TO SHOW CAUSE REGARDING DISMISSAL** |
| CALIFORNIA DEPARTMENT OF CORRECTION DIRECTOR OF CORRECTIONS, et al.  ) | |
|        Defendants.   ) | |

The records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that plaintiff has not filed a First Amended Complaint.

**IT IS HEREBY ORDERED** that plaintiff show cause within **ten (10) days** of the date of this Order why this case should not be dismissed for failure to diligently prosecute, Fed.R.Civ.P. 4(m) and 41(b), or within that same time period, file a First Amended Complaint.

///
///
///
///

1       Failure to timely comply with this Order shall result in the Magistrate
2 Judge recommending the case be dismissed with prejudice pursuant to Federal
3 Rules of Civil Procedure 41(b).

5 DATED: September 26, 2008

7                                                      /s/
                                     JEFFREY W. JOHNSON
8                                   United States Magistrate Judge