```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   ERIC FREEMAN,                  ) Case No. CV 08-3026-AHS(RC)
                                    )
12              Plaintiff,          )
     vs.                            ) ORDER ADOPTING REPORT AND
13                                  ) RECOMMENDATION OF UNITED STATES
     CALIFORNIA DEPARTMENT OF       )
14   CORRECTION AND REHABILITATION,)
     ET AL.,                        )
15                                  )
                Defendants.         )
16   _____)
17
18        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
19   Second Amended Complaint along with the attached Report and
20   Recommendation of United States Magistrate Judge Rosalyn M.
21   Chapman, and has made a de novo determination.
22
23        IT IS ORDERED that (1) the Report and Recommendation is
24   approved and adopted; and (2) Judgment shall be entered dismissing
25   without prejudice the Second Amended Complaint and action.
26   //
27   //
28   //
```

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on the plaintiff.

DATED: March 1, 2010

/s/ ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\08-3026.ado
12/11/09

2