1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9
10

11  ERIC FREEMAN,                  ) Case No. CV 08-3026-AHS(RC)
                                   )
12              Plaintiff,         )
                                   )
13  vs.                            ) JUDGMENT
                                   )
14  CALIFORNIA DEPARTMENT OF       )
    CORRECTION AND REHABILITATION, )
15  ET AL.,                        )
                                   )
16              Defendants.        )
                                   )
17

18       IT IS ADJUDGED that Judgment be entered dismissing without
19  prejudice the Second Amended Complaint and action.
20
21
22  DATED:  March 1, 2010
23                              *ALICEMARIE H. STOTLER*
24                              _____
                                    ALICEMARIE H. STOTLER
25                              SENIOR UNITED STATES DISTRICT JUDGE
26
27  R&Rs\08-3026.jud
    12/11/09
28